UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-CR-20199

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MASIEL PURON,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

THIS MATTER is before the Court on the above-named Defendant's request to enter a plea of guilty, which was referred to Magistrate Judge Barry L. Garber on May 20, 2015. On June 15, 2015, Judge Garber issued a Report and Recommendation [D.E. 293] recommending that Defendant's plea of guilty be accepted. Defendant filed a notice indicating that she and the U.S. Government had no objection to the report [D.E. 357]. The Court has reviewed the matter and is otherwise duly advised. Accordingly, it is

ORDERED AND ADJUDGED that Judge Garber's Report and Recommendation is hereby adopted and approved in its entirety. The Defendant is adjudged guilty as to Counts 1 and 14 of the Indictment.

DONE AND ORDERED in chambers in Miami, Florida June 24, 2015.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

Cc: All counsel of record.